JOSEPH A. WHITE, RELATOR, v. HENRY F. BOWER, BUILD-
ING INSPECTOR OF THE BOROUGH OF RIDGEFIELD,
AND THE BOROUGH OF RIDGEFIELD, RESPONDENTS.

Submitted March 20, 1924—Decided May 7, 1924.

**Ordinances—Zoning—Ignaciunas v. Risley, Followed.**

On application for *mandamus*.

Before Justices TRENCHARD, PARKER and CAMPBELL.

For the relator, *William J. Morrison, Jr.*

For the respondents, *Howard Mackay.*

PER CURIAM.

This is a rule to show cause why a *mandamus* should not
be awarded.

On October 10th, 1923, relator applied to the respondent
Bower for a building permit to erect a frame office building
on Linden avenue, in the borough of Ridgefield. Such per-
mit was issued to relator and work upon such building was
commenced. On November 10th, 1923, the said permit was
revoked and relator was required to stop the work of con-
struction.

The revocation of such permit and the requirement to dis-
continue the construction of the building were solely upon
the ground that such building, if erected, would be in viola-
tion of the zoning ordinance of the borough of Ridgefield,
inasmuch as the area or zone in which the building was being
erected was restricted against buildings, trades and indus-
tries other than one-family dwellings and accessory build-
ings, farming, gardening or horticulture.

We think this case is controlled by the rules and principles
laid down by *Ignaciunas* v. *Risley,* 1 *N. J. Adv. R.* 1023,
and, under the authority thereof, an alternative writ of *man-
damus* should issue.